THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK PRUDINIKEV, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of assault in the third degree (Penal Law, § 244, subd. 1), and suspending

sentence thereon. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.